Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

January 14, 2016

Christopher Bouriat
Attorney at Law
d 212.969.3306
f 212.969.2900
cbouriat@proskauer.com
www.proskauer.com

Via ECF

Hon. Pamela K. Chen
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

      Re: McClain v. New York City Department of Parks and Recreation et al
         (No. 1:14-cv-06642-PKC-CLP)

Dear Judge Chen:

Pursuant to Local Civil Rule 1.4 of the United States District Court for the Eastern District of New York, the undersigned attorney hereby requests the Court and counsel that Christopher Bouriat, currently listed as attorney of record for the defendants, be permitted to withdraw as counsel in the above-captioned matter as I am no longer employed by the New York City Law Department.

                                         Respectfully submitted,

                                           s/Christopher Bouriat
                                           Christopher Bouriat

cc: Counsel of record (via ecf)