UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

ROBERT MCCLAIN,

                               Plaintiff,

           - against -                         **STIPULATION OF VOLUNTARY DISMISSAL**

NEW YORK CITY DEPARTMENT OF PARKS AND
RECREATION and THE CITY OF NEW YORK,          14 Civ. 6642 (PKC)(CLP)

                              Defendants.
---------------------------------------------------------------------- X

         **WHEREAS**, the plaintiff, Robert McClain, commenced this action by filing a complaint on November 12, 2014, alleging race and gender discrimination under in violation of 42 U.S.C. §§ 2000, et seq. and age discrimination in violation of the Age Discrimination in Employment Act ("ADEA");

         **WHEREAS**, defendants and plaintiff have reached a settlement of this action resolving the issues raised in this action without further proceedings and without admitting any fault or liability;

         **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties as represented below, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is dismissed with prejudice.

Dated: New York, New York
January _13_, 2016

**GERALD GRAVES AND ASSOCIATES**
Attorneys for Plaintiff
4 South Orange Avenue, #117
South Orange, New Jersey 07079
(917) 204-0094
GGravesesq@aol.com

By: _/s/ Gerald Graves_
Gerald Graves

Dated: New York, New York
January _15_, 2016

**ZACHARY W. CARTER**
Corporation Counsel of the
 City of New York
Attorney for Defendant
100 Church Street, Room 2-197
New York, New York 10007-2601
(212) 356-2442

By: _/s/ Alexis Downs_
Alexis Downs
Assistant Corporation
Counsel

**SO ORDERED:**

_____
Date

_____
J.S.C.